UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARREL R. ESCALANTI,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:14-cv-01212-JCM-CWH

**ORDER**

    This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

    Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. When filing an action pursuant to 28 U.S.C. § 2254, a petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

    Due to the lack of an *in forma pauperis* application or filing fee, the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely. In this regard, plaintiff at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

1  **IT THEREFORE IS ORDERED** that this action is **DISMISSED WITHOUT**
2  **PREJUDICE** to the filing of **a new petition in a new action**.

3  **IT IS FURTHER ORDERED** that the clerk of the court shall send petitioner two copies of
4  an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two
5  copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.
6  The clerk shall also send petitioner a copy of the petition submitted at ECF No. 1.

7  **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he
8  may not file further documents in this action.

9  **IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.

Dated July 29, 2014.

_____
UNITED STATES DISTRICT JUDGE

-2-